B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 10–03965**
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Stuart B Hoffman | Julie M Hoffman |
| 4369 Waters Edge | 4369 Waters Edge |
| Island Lake, IL 60042 | Island Lake, IL 60042 |

Social Security / Individual Taxpayer ID No.:
xxx–xx–0586                              xxx–xx–2309

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: May 10, 2010                        Kenneth S. Gardner, Clerk
                                           United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**B18J (Official Form 18J) (12/07) – Cont.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mhenley              Page 1 of 1                  Date Rcvd: May 10, 2010
Case: 10-03965                Form ID: b18               Total Noticed: 12

The following entities were noticed by first class mail on May 12, 2010.
db/jdb        +Stuart B Hoffman,    Julie M Hoffman,    4369 Waters Edge,    Island Lake, IL 60042-8221
aty           +Bonnie L Macfarlane,    Bonnie Macfarlane  P C,    P O  Box 268,    Island Lake, IL 60042-0268
tr            +Ilene F Goldstein, ESQ,    Law Offices of Ilene F. Goldstein,    850 Central Ave,    Ste 200,
                Highland Park, IL 60035-3278
15047407      +Capital Management Servives,LP,    726 Exchange St., Ste. 700,    Buffalo, NY 14210-1464
15047408       Capital One Bank, USA, na,    PO Box 6492,    Carol Stream, IL 60197-6492
15047410      +Fifth Third Bank,    PO Box 740789,    Cincinnati, OH 45274-0789
15047411      +Foster Premier,    Waters Edge Home Owners Association,    700 Lake Cook Rd., Ste.190,
                Buffalo Grove, IL 60089-1816
15047413      +Heidi Meredith, MD,    1500 Waukegan Rd,    Glenview, IL 60025-2100
15047414      +US Bank Home Mortgage,    PO Box 20005,    Owensboro, KY 42304-0005
The following entities were noticed by electronic transmission on May 10, 2010.
15047409       EDI: CHASE.COM May 10 2010 18:53:00      Cardmember Servies,    po Box 15153,
                Wilmington, DE 19886-5153
15047412       EDI: GMACFS.COM May 10 2010 18:53:00      GMAC Payment Processing Center,    PO Box 78369,
                Phoenix, AZ 85062-8369
15047414      +EDI: USBANKARS.COM May 10 2010 18:53:00      US Bank Home Mortgage,    PO Box 20005,
                Owensboro, KY 42304-0005
15047415       EDI: AFNIVZWIRE.COM May 10 2010 18:53:00      Verizion Wireless,    PO Box 25505,
                Lehigh Valley, PA 18002-5505
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 12, 2010**                    **Signature:** _Joseph Speetjens_